Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GRESIA GARCIA, on behalf of herself and all others similarly situated,<br><br>                Plaintiff(s),<br><br>                -against-<br><br>SIMON'S AGENCY, INC. and JOHN DOES 1-25,<br><br>                Defendant(s). | Civil Case: 3:20-cv-05464-FLW-LHG<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within matter is hereby dismissed against Defendant, in the above captioned matter, **with prejudice** and dismiss the claims on behalf of the putative class without prejudice.

_s/ Ben A. Kaplan_
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff
Dated: January 14, 2021

_s/ Jessica D. Reilly_
Jessica D. Reilly, Esq.
CLARK HILL PLC
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Telephone (215) 640-8500
jreilly@clarkhill.com
Attorneys for Defendant
Dated: January 14, 2021

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_/s/ Freda L. Wolfson_
FREDA L. WOLFSON, U.S.C.D.J.    1/15/2021